CO-386
10/2018

# United States District Court
# For the District of Columbia

SABRINA SOFFER, ARI SHAPIRO, and )
COMPLIANCE, ACCOUNTABILITY, )
POLICY, ETHICS – ED ("CAPE-ED"), )
                                 )
             vs    Plaintiff     )   Civil Action No. 1:25-cv-01657
                                 )
GEORGE WASHINGTON                )
UNIVERSITY                       )
                                 )
                   Defendant     )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for COMPLIANCE, ACCOUNTABILITY, POLICY, ETHICS – ED certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of COMPLIANCE, ACCOUNTABILITY, POLICY, ETHICS – ED which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

976033
BAR IDENTIFICATION NO.

Jason B. Torchinsky
Print Name

2300 N. Street NW Suite 643
Address

Washington, DC 20037
City          State          Zip Code

540.341.8808
Phone Number