AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| SABRINA SOFFER, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-01657-LLA |
| THE GEORGE WASHINGTON UNIVERSITY | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT THE GEORGE WASHINGTON UNIVERSITY.

Date: 07/28/2025

/s/ Jason C. Schwartz
*Attorney's signature*

Jason C. Schwartz (# 465837)
*Printed name and bar number*

GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036-5404

*Address*

jschwartz@gibsondunn.com
*E-mail address*

(202) 955-8500
*Telephone number*

(202) 467-0539
*FAX number*