**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SABRINA SOFFER, ARI SHAPIRO, and COMPLIANCE, ACCOUNTABILITY, POLICY, ETHICS – ED (CAPE-ED),<br><br>*Plaintiffs*,<br><br>v.<br><br>THE GEORGE WASHINGTON UNIVERSITY,<br><br>1918 F St., N.W.<br>Washington, D.C. 20006<br><br>*Defendant*. | Case No. 1:25-cv-01657-LLA<br><br>Judge Loren L. AliKhan |

**CERTIFICATE REQUIRED BY LCVR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendant the George Washington University, certify that to the best of my knowledge and belief, the George Washington University has no parent companies, subsidiaries, or affiliates that have outstanding securities in the hands of the public, nor are there any public companies that own at least 10% of the stock of the George Washington University.

These representations are made in order that judges of this Court may determine the need for recusal.

1

Dated:  July 28, 2025

Respectfully submitted,

*/s/ Jason C. Schwartz*

_____

Jason C. Schwartz (# 465837)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-5404
(202) 955-8500

*Attorney of Record for Defendant*
*The George Washington University*

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing using the CM/ECF system on July 28, 2025, which will send an electronic notification of such filing to all counsel of record.

Respectfully submitted,

*/s/ Jason C. Schwartz*

Jason C. Schwartz (# 465837)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-5404
(202) 955-8500

*Attorney for Defendant*

3