IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SABRINA SOFFER, ARI SHAPIRO, and COMPLIANCE, ACCOUNTABILITY, POLICY, ETHICS – ED (CAPE-EE),<br><br>*Plaintiffs*,<br><br>v.<br><br>THE GEORGE WASHINGTON UNIVERSITY,<br><br>  1918 F St., N.W.<br>  Washington, D.C. 20052<br><br>*Defendant*. | Case No. 1:25-cv-01657-LLA<br><br>Judge Loren L. AliKhan<br><br>**ORAL HEARING REQUESTED** |

**DEFENDANT THE GEORGE WASHINGTON UNIVERSITY'S
MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant the George Washington University respectfully moves to dismiss the Complaint in its entirety, with prejudice. As explained in the accompanying memorandum of law, Plaintiffs have failed to state a claim upon which relief can be granted and lack standing to pursue certain claims.

A proposed order is submitted herewith. Defendant further requests that the Court schedule oral argument on this motion pursuant to Local Civil Rule 7(f).

| | |
|---|---|
| Dated: July 28, 2025 | Respectfully submitted, |
| | /s/ Jason C. Schwartz |
| | _____ |
| | Jason C. Schwartz (# 465837) |
| Brian A. Richman (# 230071) | Stuart F. Delery (# 449890) |
| GIBSON, DUNN & CRUTCHER LLP | Jacob T. Spencer (# 1023550) |
| 2001 Ross Avenue Suite 2100 | Abigail B. Dugan[*] (# 1743216) |
| Dallas, TX 75201-2923 | GIBSON, DUNN & CRUTCHER LLP |
| (214) 698-3100 | 1700 M Street, N.W. |
| | Washington, D.C. 20036-5404 |
| | (202) 955-8500 |
| | |
| | *Attorneys for Defendant* |

---

[*] D.D.C. application forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing using the CM/ECF system on July 28, 2025, which will send an electronic notification of such filing to all counsel of record.

Respectfully submitted,

*/s/ Jason C. Schwartz*

Jason C. Schwartz (# 465837)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-5404
(202) 955-8500

*Attorney for Defendant*