# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SABRINA SOFFER, ARI SHAPIRO, and COMPLIANCE, ACCOUNTABILITY, POLICY, ETHICS – ED (CAPE-ED),<br><br>*Plaintiffs*,<br><br>v.<br><br>THE GEORGE WASHINGTON UNIVERSITY,<br><br>1918 F. St., N.W.<br>Washington, D.C. 20052<br><br>*Defendant*. | Case No. 1:25-cv-01657-LLA<br><br>Judge Loren L. AliKhan |

## [PROPOSED] ORDER GRANTING DEFENDANT GEORGE WASHINGTON UNIVERSITY'S MOTION TO DISMISS

Upon consideration of Defendant the George Washington University's motion to dismiss, Plaintiffs' opposition to the motion, Defendant's reply, and oral argument:

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss is **GRANTED**.

Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.

Dated: _____

_____
Loren L. AliKhan
United States District Judge

**LOCAL RULE 7(K) LIST OF PERSONS TO BE NOTIFIED OF ENTRY OF PROPOSED ORDER GRANTING THE MOTION OF DEFENDANT GEORGE WASHINGTON UNIVERSITY TO DISMISS PLAINTIFFS' COMPLAINT**

Pursuant to LCvR 7(k), the following persons are entitled to be notified of entry of the foregoing Proposed Order:

>Jason C. Schwartz (# 465837)
>Stuart F. Delery (# 449890)
>Jacob T. Spencer (# 1023550)
>Abigail B. Dugan (# 1743216)
>GIBSON, DUNN & CRUTCHER LLP
>1700 M Street, N.W.
>Washington, D.C. 20036-5404
>(202) 955-8500
>jschwartz@gibsondunn.com
>sdelery@gibsondunn.com
>jspencer@gibsondunn.com
>adugan@gibsondunn.com
>
>Brian A. Richman (# 230071)
>GIBSON, DUNN & CRUTCHER LLP
>2001 Ross Avenue Suite 2100
>Dallas, TX 75201-2923
>(214) 698-3100
>brichman@gibsondunn.com
>
>*Attorneys for Defendant*
>
>Jason B. Torchinsky (# 976033)
>Edward M. Wenger (# 1001704 )
>Erielle Davidson (# 90002903)
>HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
>2300 N Street, N.W., Suite 643
>Washington, D.C. 20037
>(202) 737-8808
>jtorchinsky@holtzmanvogel.com
>emwenger@holtzmanvogel.com
>edavidson@holtzmanvogel.com

Mark Goldfeder*
Ben Schlager*
Lauren Israelovitch*
Matthew Mainen (# 90021723)
Adela Cojab*
Abra Siegel*
Anat Beck*
NATIONAL JEWISH ADVOCACY CENTER INC
3 Times Square
New York, N.Y. 10036
(332) 278 1100
mark@jewishadvocacycenter.org
ben@jewishadvocacycenter.org
lauren@jewishadvocacycenter.org
matthew@jewishadvocacycenter.org
adela@jewishadvocacycenter.org
abra@jewishadvocacycenter.org
anat@jewishadvocacycenter.org

Douglas S. Brooks*
LIBBY HOOPS BROOKS & MULVEY, P.C.
260 Franklin Street
Boston, MA 02110
(617) 338-9300
dbrooks@lhbmlegal.com

*Pro Hac Vice Forthcoming

Counsel for Plaintiffs