IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SABRINA SOFFER, ARI SHAPIRO, and COMPLIANCE, ACCOUNTABILITY, POLICY, ETHICS – ED ("CAPE-ED"),<br><br>Plaintiffs,<br><br>v.<br><br>THE GEORGE WASHINGTON UNIVERSITY,<br><br>Defendant. | Case No. 1:25-cv-01657-LLA |

**CONSENT MOTION TO EXTEND TIME
FOR MOTION TO DISMISS BRIEFING**

Plaintiffs Sabrina Soffer, Ari Shapiro, and Compliance, Accountability, Policy, Ethics – Ed ("CAPE-Ed") (collectively, "Plaintiffs"), by and through undersigned counsel, respectfully move for an extension of time to file their memorandum of points and authorities in opposition to Defendant the George Washington University's ("Defendant's") Motion to Dismiss. Plaintiffs further move for an extension of time for Defendant to file its reply memorandum to Plaintiffs' opposition. In support of this Consent Motion, Plaintiffs state as follows:

1. On May 22, 2025, Plaintiffs filed their Complaint against Defendant (ECF No. 1).

2. On July 28, 2025, Defendant filed a Motion to Dismiss Plaintiffs' Complaint (ECF No. 11).

3. Pursuant to LCvR 7(b), Plaintiffs' memorandum of points and authorities in opposition to Defendant's Motion to Dismiss is currently due on August 11, 2025.

4. Pursuant to LCvR 7(d), Defendant's reply memorandum is due "[w]ithin seven days after service of the memorandum in opposition."

5. Plaintiffs requested, and Defendant agreed to, a two-week extension of Plaintiffs' deadline to file their memorandum of points and authorities in opposition to Defendant's Motion to Dismiss.

6. Two weeks from the current deadline is August 25, 2025.

7. Defendant likewise requested, and Plaintiffs agreed to, a two-week extension of Defendant's deadline to file its reply memorandum.

8. This is Plaintiffs' first request for an extension of time. Plaintiffs' requested extensions will not prejudice the parties, and Defendant consents to the requested extensions.

9. Plaintiffs make this Consent Motion for good cause and not for purpose of needless delay, and Plaintiffs' requested extensions of time will not prejudice the parties.

DATED: July 31, 2025                                  Respectfully submitted,

                                                      */s/ Jason B. Torchinsky*
                                                      Jason B. Torchinsky (# 976033)
                                                      HOLTZMAN VOGEL BARAN
                                                      TORCHINSKY & JOSEFIAK, PLLC
                                                      2300 N Street, N.W., Suite 643
                                                      Washington, D.C. 20037
                                                      (202) 737-8808
                                                      jtorchinsky@holtzmanvogel.com

                                                      *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the forgoing using the CM/ECF system on July 31, 2025, which will send an electronic notification of such filing to all counsel of record.

*/s/ Jason B. Torchinsky*
Jason B. Torchinsky
