IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SABRINA SOFFER, ARI SHAPIRO, and COMPLIANCE, ACCOUNTABILITY, POLICY, ETHICS – ED ("CAPE-ED"),<br><br>Plaintiffs,<br><br>v.<br><br>THE GEORGE WASHINGTON UNIVERSITY,<br><br>Defendant. | Case No. 1:25-cv-01657-LLA |

### **[PROPOSED] ORDER**

Upon consideration of the Complaint, Defendant's Motion to Dismiss and Memorandum in Support, Plaintiffs' Memorandum in Opposition, and Defendant's Response, it is hereby **ORDERED** that Defendant's Motion to Dismiss be **DENIED** as to all counts.

DATED: _____

_____
Loren L. AliKhan
United States District Judge

**LOCAL RULE 7(K) LIST OF PERSONS TO BE NOTIFIED OF ENTRY OF PROPOSED ORDER**

Pursuant to LCvR 7(k), the following persons are entitled to be notified of entry of the foregoing Proposed Order:

Jason C. Schwartz (# 465837)
Stuart F. Delery (# 449890)
Jacob T. Spencer (# 1023550)
Abigail B. Dugan (# 1743216)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W. Washington, D.C. 20036-5404
(202) 955-8500
jschwartz@gibsondunn.com
sdelery@gibsondunn.com
jspencer@gibsondunn.com
adugan@gibsondunn.com

Brian A. Richman (# 230071)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
(214) 698-3100
brichman@gibsondunn.com

*Counsel for Defendant*

Jason B. Torchinsky (# 976033)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
2300 N Street, N.W., Suite 643
Washington, D.C. 20037
(202) 737-8808
jtorchinsky@holtzmanvogel.com

*Counsel for Plaintiffs*