IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SABRINA SOFFER, ARI SHAPIRO, and COMPLIANCE, ACCOUNTABILITY, POLICY, ETHICS – ED ("CAPE-ED"),<br><br>          Plaintiffs,<br><br>v.<br><br>THE GEORGE WASHINGTON UNIVERSITY,<br><br>          Defendant. | Case No. 1:25-cv-01657-LLA |

**MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Sabrina Soffer, Ari Shapiro, and Compliance, Accountability, Policy, Ethics – Ed ("CAPE-Ed") (collectively, "Plaintiffs"), by and through undersigned counsel, respectfully move for leave to file their forthcoming response to Defendant the George Washington University's ("Defendant's") Notice of Supplemental Authority within thirty (30) days of this filing, at which point Plaintiffs intend to have retained substitute counsel. In support of this Motion, Plaintiffs state as follows:

    1.    On May 22, 2025, Plaintiffs filed their Complaint against Defendant (ECF No. 1).

    2.    On July 28, 2025, Defendant filed a Motion to Dismiss Plaintiffs' Complaint (ECF No. 11).

    3.    On August 25, 2025, Plaintiffs filed their Memorandum in Opposition to Defendant's Motion to Dismiss (ECF No. 13).

    4.    On September 15, 2025, Defendant filed its Reply to Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss (ECF No. 14).

5. On November 4, 2025, Defendant filed a Notice of Supplemental Authority, notifying the Court of the U.S. Court of Appeals for the First Circuit's decision in *StandWithUS Center for Legal Justice v. MIT*, — F.4th —, 2025 WL 2962665 (1st Cir. Oct. 21, 2025) (ECF No. 15).

6. Plaintiffs intend to file a response to Defendant's Notice of Supplemental Authority.

7. However, Plaintiffs are in the process of retaining substitute counsel.

8. Plaintiffs intend for substitute counsel to file their forthcoming response to Defendant's Notice of Supplemental Authority.

9. Plaintiffs expect to retain substitute counsel, and for such substitute counsel to appear in the above-captioned matter, within thirty (30) days of this filing.

10. Thirty (30) days from this filing is Saturday, December 13, 2025. Under Fed. R. Civ. P. 6(a)(1)(C), Plaintiffs' response would thus be due Monday, December 15, 2025.

11. Plaintiffs make this Motion for good cause and not for purpose of needless delay, and Plaintiffs' requested relief will not prejudice the parties.

12. Counsel for Plaintiffs conferred with counsel for Defendant regarding the issues involved in the Motion. Defendant does not oppose counsel for Plaintiffs' eventual withdrawal, and takes no position on Plaintiffs' request for leave to file a response to Defendant's Notice of Supplemental Authority within thirty (30) days of this filing.

DATED: November 13, 2025    Respectfully submitted,

*/s/ Jason B. Torchinsky*
Jason B. Torchinsky (# 976033)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2300 N Street, N.W., Suite 643
Washington, D.C. 20037
(202) 737-8808
jtorchinsky@holtzmanvogel.com

*Counsel for Plaintiffs*

**LOCAL RULE 7(m) CERTIFICATE**

The undersigned hereby certifies that, on November 12 and 13, 2025, counsel for Plaintiffs conferred with counsel for Defendant in a good-faith effort to determine whether there is any opposition to the relief sought and, if there is, to narrow the areas of disagreement, and that Defendant does not oppose counsel for Plaintiffs' eventual withdrawal and takes no position on Plaintiffs' request for leave to file a response to Defendant's Notice of Supplemental Authority within thirty (30) days.

*/s/ Jason B. Torchinsky*
Jason B. Torchinsky

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the forgoing using the CM/ECF system on November 13, 2025, which will send an electronic notification of such filing to all counsel of record.

*/s/ Jason B. Torchinsky*
Jason B. Torchinsky