IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SABRINA SOFFER, ARI SHAPIRO, and COMPLIANCE, ACCOUNTABILITY, POLICY, ETHICS – ED ("CAPE-ED"),<br><br>         Plaintiffs,<br><br>  v.<br><br>THE GEORGE WASHINGTON UNIVERSITY,<br><br>         Defendant. | Case No. 1:25-cv-01657-LLA |

**MOTION TO EXTEND TIME TO FILE RESPONSE
TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

  Plaintiffs Sabrina Soffer, Ari Shapiro, and Compliance, Accountability, Policy, Ethics – Ed ("CAPE-Ed") (collectively, "Plaintiffs"), by and through undersigned counsel, respectfully move for an extension of time of thirty (30) days to file their forthcoming response to Defendant the George Washington University's ("Defendant's") Notice of Supplemental Authority under substitute counsel. In support of this Motion, Plaintiffs state as follows:

  1. On May 22, 2025, Plaintiffs filed their Complaint against Defendant (ECF No. 1).

  2. On July 28, 2025, Defendant filed a Motion to Dismiss Plaintiffs' Complaint (ECF No. 11).

  3. On August 25, 2025, Plaintiffs filed their Memorandum in Opposition to Defendant's Motion to Dismiss (ECF No. 13).

  4. On September 15, 2025, Defendant filed its Reply to Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss (ECF No. 14).

  5. On November 4, 2025, Defendant filed a Notice of Supplemental Authority, notifying the Court of the U.S. Court of Appeals for the First Circuit's decision in *StandWithUS*

*Center for Legal Justice v. MIT*, — F.4th —, 2025 WL 2962665 (1st Cir. Oct. 21, 2025) (ECF No. 15).

6. Plaintiffs intend to file a response to Defendant's Notice of Supplemental Authority after retaining substitute counsel.

7. Accordingly, on November 13, 2025, Plaintiffs filed a Motion for Leave to File a Response to Defendant's Notice of Supplemental Authority by December 15, 2025, at which point Plaintiffs expected to have retained substitute counsel (ECF No. 16).

8. On November 17, 2025, this Court granted Plaintiffs' motion.

9. Plaintiffs, however, are still in the process of retaining substitute counsel, and require an additional thirty (30) days to finalize that process and file their response to Defendant's Notice of Supplemental Authority.

10. Thirty (30) days from the current deadline is January 14, 2026.

11. Plaintiffs make this Motion for good cause and not for purpose of needless delay, and Plaintiffs' requested relief will not prejudice the parties.

12. Counsel for Plaintiffs conferred with counsel for Defendant regarding the issues involved in the Motion. Defendant takes no position on Plaintiffs' request.

DATED: December 10, 2025                              Respectfully submitted,

*/s/ Jason B. Torchinsky*
Jason B. Torchinsky (# 976033)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2300 N Street, N.W., Suite 643
Washington, D.C. 20037
(202) 737-8808
jtorchinsky@holtzmanvogel.com

*Counsel for Plaintiffs*

**LOCAL RULE 7(m) CERTIFICATE**

The undersigned hereby certifies that, on December 9, 2025, counsel for Plaintiffs conferred with counsel for Defendant in a good-faith effort to determine whether there is any opposition to the relief sought and, if there is, to narrow the areas of disagreement, and that Defendant takes no position on Plaintiffs' request for an additional thirty (30) days to file a response to Defendant's Notice of Supplemental Authority under substitute counsel.

*/s/ Jason B. Torchinsky*
Jason B. Torchinsky

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the forgoing using the CM/ECF system on December 10, 2025, which will send an electronic notification of such filing to all counsel of record.

*/s/ Jason B. Torchinsky*
Jason B. Torchinsky