**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SABRINA SOFFER, ARI SHAPIRO, and COMPLIANCE, ACCOUNTABILITY, POLICY, ETHICS – ED ("CAPE-ED"),<br><br>                 Plaintiffs,<br><br>      v.<br><br>THE GEORGE WASHINGTON UNIVERSITY,<br><br>                 Defendant. | Case No. 1:25-cv-01657-LLA |

## JOINT STATUS REPORT

Pursuant to the Court's Order of April 20, 2026, Plaintiffs, Sabrina Soffer, Ari Shapiro, and Compliance, Accountability, Policy, Ethics – Ed, and Defendant, the George Washington University (collectively, the "Parties"), respectfully submit this Joint Status Report.

The Parties met and conferred as directed by the Court at the April 20, 2026 Status Conference. At least one Party objects to the current judicial assignment for the above-captioned matter.

DATED: April 22, 2026

Respectfully submitted,

*/s/ Jason C. Schwartz*
Jason C. Schwartz (# 465837)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-5404
(202) 955-8500

*Counsel for Defendant*

*/s/ Jason B. Torchinsky*
Jason B. Torchinsky (# 976033)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2300 N Street, N.W., Suite 643
Washington, D.C. 20037
(202) 737-8808
jtorchinsky@holtzmanvogel.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the forgoing using the CM/ECF system on April

22, 2026, which will send an electronic notification of such filing to all counsel of record.

*/s/ Jason B. Torchinsky*
Jason B. Torchinsky
D.C. Bar # 976033
