**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SABRINA SOFFER, ARI SHAPIRO, and COMPLIANCE, ACCOUNTABILITY, POLICY, ETHICS – ED (CAPE-ED),<br><br>*Plaintiffs*,<br><br>v.<br><br>THE GEORGE WASHINGTON UNIVERSITY,<br><br>1918 F St., N.W.<br>Washington, D.C. 20052<br><br>*Defendant*. | Case No. 1:25-cv-01657-TNM<br><br>Judge Trevor N. McFadden<br><br>**ORAL HEARING REQUESTED** |

**DEFENDANT THE GEORGE WASHINGTON UNIVERSITY'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant the George Washington University respectfully moves to dismiss the First Amended Complaint in its entirety, with prejudice. As explained in the accompanying memorandum of law, Plaintiffs have failed to state a claim upon which relief can be granted and lack standing to pursue certain claims.

A proposed order is submitted herewith. Defendant further requests that the Court schedule oral argument on this motion pursuant to Local Civil Rule 7(f).

Dated: October 30, 2026

Respectfully submitted,

*/s/ Jason C. Schwartz*

Jason C. Schwartz (# 465837)
Stuart F. Delery (# 449890)
Jacob T. Spencer (# 1023550)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-5404
(202) 955-8500

Brian A. Richman (# 230071)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
(214) 698-3100

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing using the CM/ECF system on October 30, 2026, which will send an electronic notification of such filing to all counsel of record.

Respectfully submitted,

*/s/ Jason C. Schwartz*
Jason C. Schwartz (# 465837)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-5404
(202) 955-8500

*Attorney for Defendant*